NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
JOHN TARGOWSKI CBN 226053

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:25-cr-00840-MEMF-5 |
| v. | |
| NANIA ET AL, | |
| VICTOR RENEE ZEPEDA RODRIGUEZ #5 | APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING |
| DEFENDANT. | |

Application is made by ☐ plaintiff ☑ defendant **Victor Zepeda**
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____
or
☑ Magistrate Judge **Sagar** _____ by order dated: **10-7-2025**

☑ denying release and imposing detention under subsection ☑ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

☑ A hearing is being sought before Magistrate Judge **Sagar** as there is new information to be presented that was not considered by the previous judicial officer; or

☐ A hearing is being sought before a District Judge to review all information presented to and considered by the previous judicial officer (to be presented to Criminal Duty District Judge if case is unassigned).

Relief sought *(be specific)*:
Defendant would propose release on location monitoring, home confinement and 4 to 6 sureties signing $25,000 each for a total of $100,000 to $150,000 in appearance bonds

Counsel for the defendant and plaintiff United States Government consulted on **10-30-25**
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation
on _____.

An interpreter is ☐ required ☑ not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

| 10-31-2025 | /s/ JOHN TARGOWSKI |
|---|---|
| Date | Moving Party |

---

APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS
OF RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING

CR-88 (09/24)