NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Simon Aval (SBN 200959)
Law Offices of Simon Aval
155 N. Lake Avenue, Suite 800
Pasadena, CA 91101
(626)432-1700   simonavallaw@gmail.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | CR-25-00840-MEMF-13 |
| DAVID TITUS | **APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |
| DEFENDANT. | |

Application is made by ☐ plaintiff ☑ defendant **David Titus**
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____
or
☑ Magistrate Judge **Alka Sagar** _____ by order dated: **October 7, 2025**

☑ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

☑ A hearing is being sought before Magistrate Judge **Alka Sager** as there is new information to be presented that was not considered by the previous judicial officer; or

☐ A hearing is being sought before a District Judge to review all information presented to and considered by the previous judicial officer (to be presented to Criminal Duty District Judge if case is unassigned).

Relief sought *(be specific)*:
Bail resources are now available that were not accessible at the time of the defendant's initial appearance. The defense is prepared to post an appearance bond in the amount of $50,000, to be secured jointly by three separate sureties—the defendant's mother, his brother, and a close family friend.

Counsel for the defendant and plaintiff United States Government consulted on **October 28, 2025**
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation
on **October 31, 2025.**

An interpreter is ☐ required ☑ not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

| October 31, 2025 | Simon Aval, Attorney for David Titus |
|---|---|
| Date | Moving Party |

**APPLICATION FOR REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING**

CR-88 (09/24)