BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
KELSEY A. STIMSON (Cal. Bar No. 360437)
Assistant United States Attorney
Major Crimes Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-8230
    Facsimile: (213) 894-6269
    E-mail:   Kelsey.Stimson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 25-840-MEMF |
|---|---|
| Plaintiff, | APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | |
| SALVATORE ANTHONY NANIA,<br>  aka "Crook,"<br>  aka "C," | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney Kelsey A. Stimson, hereby requests the Court to order that a Writ of Habeas Corpus Ad Prosequendum be issued for defendant SALVATORE ANTHONY NANIA, aka "Crook," aka "C," ("defendant") who is now detained at the California State Prison, Calipatria State Prison, 7018 Blair Road, Calipatria, California, 92233, in the custody of the Warden, Sheriff, or Jailor of said institution.

1 | Defendant is requested to be present for an initial appearance
2 | on December 15, 2025, at 1:30 p.m. in Courtroom 640, Roybal Federal
3 | Building, 255 East Temple Street, Los Angeles, California, on the
4 | federal indictment filed in this matter, charging him with RICO
5 | Conspiracy, in violation of 18 U.S.C. § 1962(d); and Conspiracy to
6 | Distribute and Possess with Intent to Distribute Controlled
7 | Substances, in violation of 21 U.S.C. § 846.  In order to secure
8 | defendant's presence, it is necessary that a Writ of Habeas Corpus Ad
9 | Prosequendum be issued commanding the Warden, Sheriff or Jailor to
10 | produce the defendant in said court on the date and time specified
11 | above, and at such other dates as may be necessary incident to this
12 | case.
13 | //
14 | //

WHEREFORE, the government respectfully requests that the Court issue an order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum under the seal of this Court, commanding the Warden, Sheriff or Jailor specified above, to produce the defendant in the United States District Court for the Central District of California at the specified time and place and for all other proceedings incident thereto, and at the termination of the proceedings against the defendant to return him to the custody of said Warden, Sheriff or Jailor.

Dated: 10/31/2025

Respectfully submitted,

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

_____/s/_____
KELSEY A. STIMSON
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA